1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            )   Case No.: CR 00-301-GHK
                                         )
11                    Plaintiff,         )   ORDER OF DETENTION
                                         )   (FED.R. CRIM. P.32.1(a)(6); 18
12            v.                         )   U.S.C. § 3143(a))
     STEVEN SAMOA LOIA                   )
13                                       )
                                         )
14                    Defendant.         )

15
        The defendant having been arrested in this District pursuant to a warrant
16
   issued by the United States District Court for the _Central_
17
   District of _California_ for alleged violation(s) of the terms and
18
   conditions of probation or supervised release; and
19
        Having conducted a detention hearing pursuant to Federal Rule of Criminal
20
   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:
21
   A.   (✓)    The defendant has not met his/her burden of establishing by clear and
22
               convincing evidence that he/she is not likely to flee if released under
23
               18 U.S.C. § 3142(b) or (c).  This finding is based on the following:
24
               • UNKNOWN BACKGROUND
25
               • UNKNOWN BAIL RESOURCES
26
               • HISTORY OF FAILURE TO COMPLY W/ CONDITIONS
27
               • RECENT SUBSTANCE ABUSE
28

1  and/or

2  B.      ( )      The defendant has not met his/her burden of establishing by clear and

3                   convincing evidence that he/she is not likely to pose a danger to the

4                   safety of any other person or the community if released under 18

5                   U.S.C. § 3142(b) or (c).  This finding is based on the following:

6                   _____

7                   _____

8                   _____

9                   _____

10

11

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further

13  revocation proceedings.

14

15  Dated:    4/3/12

16                                          HONORABLE DAVID T. BRISTOW
                                            United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28